**Dismiss and Opinion Filed July 26, 2013**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

### No. 05-10-00461-CV

### V3 GLOBAL, INC., SAMEER MOHAN, AND S.K. MOHAN, Appellants
### V.
### TOUCH TELL, INC. D/B/A TOUCH TELL COMMUNICATIONS, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 05-01575-B**

### MEMORANDUM OPINION
Before Chief Justice Wright, Justice FitzGerald, and Justice Lewis
Opinion Per Curiam

On its own motion, the Court **REINSTATES** this case. The Court has before it the parties' June 27, 2013 joint motion to dismiss appeal. The Court **GRANTS** the motion and **DISMISSES** the appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM

100461F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

V3 GLOBAL, INC., SAMEER MOHAN, AND S.K. MOHAN, Appellants

No. 05-10-00461-CV      V.

TOUCH TELL, INC. D/B/A TOUCH TELL COMMUNICATIONS, Appellee

On Appeal from the 44th Judicial District Court, Dallas County, Texas
Trial Court Cause No. 05-01575-B.
Opinion delivered per curiam. Chief Justice Wright, Justice FitzGerald and Justice Lewis sitting for the Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee TOUCH TELL, INC. D/B/A TOUCH TELL COMMUNICATIONS recover its costs of this appeal from appellants V3 GLOBAL, INC., SAMEER MOHAN, AND S.K. MOHAN, unless the parties have agreed otherwise.

Judgment entered July 26, 2013

/Kerry P. FitzGerald/

KERRY P. FITZGERALD
JUSTICE